Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 21-00594 BG  
**Case Name:** KENNEDY, MARY L.

**Period Ending:** 06/30/21

**Trustee:** (420410)   Jeffrey A. Moyer  
**Filed (f) or Converted (c):** 03/09/21 (f)  
**§341(a) Meeting Date:** 04/06/21  
**Claims Bar Date:** 09/28/21

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 20897 Autumn Lane, Howard City, MI 49329-0000, M | 170,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 2012 Hyundai Genesis, 140,000 miles, Good Condit | 8,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household Goods & Furnishings - No single item h | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Household Electronics - No single item has a val | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Lawn mower | 25.00 | 0.00 | | 0.00 | FA |
| 6 | Household Tools | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry, Watches, etc. | 500.00 | 0.00 | | 0.00 | FA |
| 9 | 4 Cats | 80.00 | 0.00 | | 0.00 | FA |
| 10 | Cash | 25.00 | 25.00 | | 0.00 | 25.00 |
| 11 | Checking Account: Wells Fargo | 76.94 | 76.94 | | 0.00 | 76.94 |
| 12 | Checking Account: TCF Bank Vehicle Repair Pendin | 900.00 | 900.00 | | 0.00 | 900.00 |
| 13 | Anticipated 2020 Tax Refunds Debtor expects to o | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Anticipated Prorated 2021 Tax Refunds Debtor exp | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | Ownership of Kennedy Brown Interiors LLC Inactiv | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | Assets  Totals (Excluding unknown values) | $182,656.94 | $1,001.94 | | $0.00 | $1,001.94 |

**Major Activities Affecting Case Closing:**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 21-00594 BG  
**Case Name:** KENNEDY, MARY L.  

**Trustee:** (420410) Jeffrey A. Moyer  
**Filed (f) or Converted (c):** 03/09/21 (f)  
**§341(a) Meeting Date:** 04/06/21  

**Period Ending:** 06/30/21  
**Claims Bar Date:** 09/28/21

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 8, 2023    **Current Projected Date Of Final Report (TFR):** March 8, 2023